MICHAEL GEORGE GOBLE, ETC. v. LEHIGH VALLEY RAILROAD.

April 28, 1987.

Petition for certification denied.

NORSCO, INC., ETC. v. FRED J. JACKSON.

April 28, 1987.

Petition for certification denied.

IN THE MATTER OF THE INVESTIGATION INTO THE
HAMILTON TOWNSHIP BOARD OF EDUCATION.

April 28, 1987.

Petition for certification denied.

HUGH J. HAMMILL v. SALLY SCHIEDEMANTEL.

April 28, 1987.

Petition for certification denied.